3:17-cv-18-J25-JBT

DATE: 1-4-17

FILED   RQP

# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA

JAN -9  AM ::  00

JACKONVILLE Division

### CIVIL RIGHTS COMPLAINT FORM

ROBIN QUINTIN PARKS

D.C. #H41305

CASE NUMBER: 3:17-cv-18-J-25JBT
(To be supplied by Clerk's Office)

(Enter full name of each Plaintiff and
prison number, if applicable)

v.

UNITED STATES DEPART-

MENT OF VETERANS AF-

FAIRS

(Enter full name of each Defendant.
If additional space is required, use the
blank area directly to the right).

_____/

## ANSWER ALL OF THE FOLLOWING QUESTIONS:

I.  **PLACE OF PRESENT CONFINEMENT:** RECEPTION AND MEDICAL/E2-137s
(Indicate the name and location)
CENTER, P.O. BOX 628, LAKE BUTLER, FL. 32054-0628

II.  **EXHAUSTION OF ADMINISTRATIVE REMEDIES: Exhaustion of administrative remedies is
required prior to pursuing a civil rights action regarding conditions or events in any prison, jail,
or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the
administrative grievance process was not completed prior to filing this lawsuit may be subject
to dismissal.** THE FINALITY OF MY APPEAL PROCESS WITH THE U.S. DEPT.
OF VETERANS AFFAIRS WAS A LETTER DATED DEC. 2, 2016 FROM
THEM

III.  **PREVIOUS LAWSUITS:**

A.   Have you initiated other lawsuits in state court dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (X)

B.   Have you initiated other lawsuits in <u>federal court</u> dealing with the same or similar facts involved in this action or otherwise relating to your imprisonment or conditions thereof?   Yes ( )   No (X)

C.   If your answer to either A or B is YES, describe each lawsuit in the space provided below. If there is more than one lawsuit, describe all additional lawsuits on a separate piece of paper, using the same format as below.

   1.   Parties to previous lawsuit: "NOT APPLICABLE"

      Plaintiff(s): _____

      _____

      Defendant(s): _____

      _____

   2.   Court (if federal court, name the district; if state court, name the county):

      "NOT APPLICABLE"

   3.   Docket Number: "NOT APPLICABLE"

   4.   Name of judge: "NOT APPLICABLE"

   5.   Briefly describe the facts and basis of the lawsuit: "NOT APPLICABLE"

      _____

      _____

   6.   Disposition (Was the case dismissed? Was it appealed? Is it still pending?):
      "NOT APPLICABLE"

      _____

   7.   Approximate filing date: "NOT APPLICABLE"

   8.   Approximate disposition date: "NOT APPLICABLE"

D.   Have you initiated lawsuits or appeals from lawsuits in federal court that have been dismissed as frivolous, malicious or for failure to state a claim upon which relief may be granted? If so,

DC 225 (Rev 2/2012)                    2

identify these suits below by providing the case number, the style, and the disposition of each case: "NOT APPLICABLE"

_____

_____

_____

IV.   PARTIES:  In part A of this section, indicate your full name in the first blank and your full mailing address in the second blank. Do the same for each additional Plaintiff named in the Complaint (if any) in part B of this section:

A.   Name of Plaintiff: ROBIN QUINTIN PARKS

HOME MAILING ADDRESS: 4524 COUGAR CT, MIDDLEBURG, FL. 32068

PRISON Mailing address: RECEPTION MEDICAL CENTER/E2-137s

P.O. BOX 628, LAKE BUTLER, FL. 32054-0628

B.   Additional Plaintiffs: "NOT APPLICABLE"

_____

_____

In part C of this section, indicate the **full name** of the first named Defendant.  Also, fill in his or her mailing address, position, and where he or she is employed.  For any additional Defendants, use parts D through G of this section for the names, addresses, positions and places of employment:

C.   Defendant: U.S. DEPT. OF VETERANS AFFAIRS
     A.N.L.P. SUSAN PREISTLER (V.A. MEDICAL CENTER)

Mailing Address: 5201 RAYMOND STREET, ORLANDO, FL. 32801

Position: ASSOCIATE NURSE LICENSEND PRACTICNER (ANLP)

Employed at: V.A.-OUT-PATIENT CLINIC, ORLANDO, FL. 32801

D.   Defendant: "NOT APPLICABLE"

Mailing Address: _____

_____

Position:_____

Employed at:_____

E.  Defendant: "NOT APPLICABLE"_____

Mailing Address:_____

_____

Position:_____

Employed at:_____

F.  Defendant: "NOT APPLICABLE"_____

Mailing Address:_____

_____

Position:_____

Employed at:_____

G.  Defendant: "NOT APPLICABLE"_____

Mailing Address:_____

_____

Position:_____

Employed at:_____

DC 225 (Rev 2/2012)                          4

V.    STATEMENT OF CLAIM: State what rights under the Constitution, laws, or treaties of the United States have been violated, and be specific. If you intend to allege a number of related claims, set forth each claim in a separate paragraph. **Any claim that is not related to the same basic incident or issue must be addressed in a separate Civil Rights Form.**

AMENDMENT 4: UNREASONABLE SEARCHES & SEIZURES (INVESTIGATIVE & ANALYSIS REPORT FROM U.S. DEPT. OF VETERANS AFFAIRS). AMENDMENT 5: HELD FOR A CAPITAL CRIME WITH NO PRESENTMENT OR INDICTMENT OF A GRAND JURY. AMENDMENT 6: WAS NOT ALLOWED A SPEEDY & PUBLIC TRIAL. AMENDMENT 8: I HAD NO BAIL & CRUEL AND UNUSUAL PUNISHMENTS WERE INDEED INFLICTED. AMENDMENT 14: THE STATE OF FLORIDA DEPRIVED ME OF LIFE, LIBERTY & PROPERTY, WITHOUT DUE PROCESS OF LAW. THESE VIOLATIONS OCCURED DURING MY ARREST BY POLK COUNTY FL. SHERIFFS OFFICE IN WHICH WAS CAUSED BY THE CRIMINAL PSYCHOTIC EPISODE DUE TO NEGLIGENCE/MEDICAL MALPRACTICE OF THE VETERANS OUT-PATIENT CLINIC ORLANDO, FL., AND ANLP. SUSAN PREISTLER (U.S. DEPT. OF VETERANS AFFAIRS). 15 YEAR PRISON SENTENCE WITH LIFETIME PROBATION (LIFE SENTENCE).

VI.    STATEMENT OF FACTS: State as briefly as possible the FACTS of your case. Describe how each defendant was involved. **Do not make any legal arguments or cite any cases or statutes.** State with as much specificity as possible the facts in the following manner:

1.    Name and position of person(s) involved.
2.    Date(s).
3.    Place(s).
4.    Fact(s) or event(s) giving rise to your claim, including involvement of each defendant.
5.    Nature and extent of injury (i.e., physical injury or how you were harmed by the acts of the defendant[s]).

1) ALNP. SUSAN PREISTLER/U.S. DEPT. OF VETERANS AFFAIRS, ORLANDO, FL.

2) BEGIN DATE UNKNOWN FOR TREATMENT AT V.A., TO 2010.

3) INCIDENT OCCURED IN POLK COUNTY FL. (CRIMINAL PSYCHOTIC EPISODE) TREATMENT FOR MENTAL DISORDER OCCURED IN ORLANDO, FL. V.A. MED. CENTER

4) LONG TERM, TREATMENT WITH PSYCHOTROBIC MEDICATION WHICH WERE "RED FLAGGED" WITH OTHER MEDICATIONS, OTHER MEDS. WERE "NON COMPATIBLE" WITH ONE ANOTHER (FIGHTING AGAINST ONE ANOTHER), ANLP. SUSAN PREISRER, & V.A. DOUBLED "DOSE BEFORE "CRIMINAL PSYCHOTIC EPISODE" (CHEMICAL INBALANCE IN MY BRAIN). MEDICATION USE, WAS TO BE CLOSELY MONITORED BY V.A. MEDICAL PERSONNEL THAT WAS NOT, NOR DID ANYONE SPEAK TO MY FAMILY ABOUT MY MEDICATION USE WHICH WAS DOUBLED UP A COUPLE OF DAYS BEFORE THE INCIDENT.

5) RESTITUTION TO SIX (6) VICTIMS IN WHICH I HAVE TO PAY. I RECEIVED 15 YEARS IN PRISON/WITH LIFETIME PROBATION (LIFE SENTENCE IN ESSENCE). $137,000°° IN ATTORNEY FEES. I WILL NO LONGER BE ABLE TO WORK WITH THIS CRIMINAL RECORD.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

VII.   <u>RELIEF REQUESTED</u>: State briefly what you want the Court to do for you. Again, do not make any
legal arguments or cite any cases or statutes.

TO SETTLE WITH ME BY PAYING ME A LUMP SUM OF THIRTY

MILLION ONE HUNDRED THOUSAND DOLLARS ($30,100,000.00) IN NON TAXABLE MONIES FOR DESTROYING MY LIFE AND TO SOME DEGREE MY FAMILY'S LIFE (TILL DEATH) AND UP & BEYOND THAT TO PAY THE VICTIMS IN MY CASE SUBSTAINTIAL RESTITUTION TO GET ON WITH THEIR LIVES, AND FOR A.L.P.N SUSAN PREISTLER (U.S. DEPT. OF VETERAN AFFAIRS/VETERANS ADMINISTRATION OUT-PATIENT CLINIC ORLANDO, FL. (V.A.M.C.)) NOT TO EVER WORK IN THE HEALTH/MEDICAL SERVICES INDUSTRY IN THE STATE OF FLORIDA AGAIN.

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT.**

Signed this 27th day of DECEMBER , 2016.

*Robin Quintin Parks*

_____

(Signatures of all Plaintiffs)

**IF MAILED BY PRISONER:**

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one): ☒ delivered to prison officials for mailing or ☐ deposited in the prison's internal mail on: the 27th. day of DECEMBER , 20 16 .